EXHIBIT 2

Same
**Mixing Action**
as
**KitchenAid®**
Stand Mixers*

# Stand Mixer

with 7 Speeds



Thorough mixing and complete bowl coverage with rotating action




Powers through the thickest dough and maintains constant speed



Provides mixing versatility — dough hook, whisk & flat beater included



Durable stainless steel 4 qt. bowl with removable splatter shield




* KITCHENAID is the registered trademark of Whirlpool Properties Inc. Use of the KitchenAid trademark does not imply any affiliation with or endorsement by KitchenAid or Whirlpool Properties Inc.

Take 15% off sitewide. Use code GATHER15 at checkout. Ends 11/18/23.

Hamilton Beach

PRODUCTS GIFT GUIDES PARTS COOK & CREATE SUPPORT ABOUT US

I am looking for...

SHIPS FREE

7 Speed Stand Mixer, 4 Quart Capacity
MODEL: 63390
$99.99 | SHIPS FREE
Qty: 1
ADD TO CART
Add to Wishlist
norton SHOPPING GUARANTEE
ID Protection Purchase Lowest Price
PARTS & ACCESSORIES
USE & CARE

FREE Shipping
on Orders $75+
See Details

FEATURES

- Same mixing action as KitchenAid® stand mixers
- Powerful 300 Watt motor
- Mixing action gives complete bowl coverage
- Better mixing than 2-beater stand mixers
- 3 attachments offer mixing versatility
- Stainless steel 4 quart bowl - dishwasher safe
- Includes splatter shield
- 7 speeds for maximum flexibility
- Includes dough hook, whisk and flat beater
- Hands-free mixing action - mixing head spins as it rotates completely inside the bowl
- Nonslip feet
- Tilt-up head lifts out of the way for easy bowl access

Editors' PICKS

View Awards

KITCHENAID is the registered trademark of Whirlpool Properties Inc. Use of the KitchenAid trademark does not imply any affiliation with or endorsement by KitchenAid or Whirlpool Properties Inc.

Dimensions (inches): 13 H x 8.5 W x 13.1 D

SUPPORT

https://hamiltonbeach.com/7-speed-stand-mixer-4-quart-capacity-63390

Page 6

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

‹ Back to results

Roll over image to zoom in

      

2 VIDEOS

# Hamilton Beach 6 Speed Electric Stand Mixer with Stainless Steel 3.5 Quart Bowl, Planetary Mixing, Tilt-Up Head, Black

Visit the Hamilton Beach Store

4.4  3,394 ratings

$99.99

FREE Returns

Apply now and get a $60 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

Available at a lower price from other sellers that may not offer free Prime shipping.

Size: **3.5 Quart Bowl**

**3.5 Quart Bowl**
$99.99

3.5 Quart Bowl; 300 Watt Motor
$94.99

| | |
|---|---|
| **Brand** | Hamilton Beach |
| **Color** | Black |
| **Product Dimensions** | 8.66"D x 13.59"W x 11.89"H |
| **Blade Material** | Stainless Steel |
| **Special Feature** | Manual |

See more

**Material** Plastic

**Number of Speeds** 6

**Voltage** 120 Volts

**Wattage** 300 watts

## About this item

- BAKE WITH EASE: Effortlessly mix thick batters and doughs for bread, cookies and more; With a 300 watt motor, this Hamilton Beach stand mixer will easily handle the ingredients for all your homemade baked goods from cupcakes and cookies to hearty bread
- PROVIDES MIXING VERSATILITY: With 3 stand mixer attachments, this versatile stand mixer can handle any mixing job; It includes a dough hook for making bread, whisk for whipping cream or meringue, and a flat beater for mixing a variety of ingredients



      

Sell on Amazon

- DURABLE STAINLESS STEEL BOWL HOLDS 3.5 QUARTS — The included mixing bowl that comes with the electric mixer is made of durable stainless steel and holds 3.5 quarts to handle large quantities
- COMPLETE BOWL COVERAGE — The planetary mixing action rotates the beaters around the 3.5 quart stainless steel bowl for even and complete hands-free mixing; The stand mixer has the same rotating mixing action as KitchenAid stand mixers
- REDUCE MESSY SPLATTERS WITH FOLD SETTING: The slow fold setting is great for kneading bread and reducing splatter when adding dry ingredients to wet ingredients
- KitchenAid is the registered trademark of Whirlpool properties use of the KitchenAid trademark does not imply any affiliation with or endorsement by KitchenAid or Whirlpool properties

**Customer ratings by feature**

| Feature | Rating |
|---|---|
| Giftable | 4.4 |
| Suction power | 4.4 |
| Easy to clean | 4.3 |
| Easy to use | 4.3 |

See all reviews

## Similar item with fast delivery

Kitchen in the box Stand Mixer,3.2Qt Small Electric Food Mixer,6 Speeds Portable Lightweight Kitchen Mixer for Daily Use with Egg Whisk,Dough Hook,Flat Beater (Black)
(2818)
$79.99 prime

## Frequently bought together

+

Total price: $110.98

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** Hamilton Beach 6 Speed Electric Stand Mixer with Stainless Steel 3.5 Quart Bowl,…
$99.99

Stand Mixer Dust-proof Cover with Organizer Bag for Kitchenaid, Sunbeam, Cuisinart, Hamilton…
$10.99

## From the manufacturer

**Making homemade baked goods just got easier.**

The Hamilton Beach Stand Mixer with 6 Speeds & Fold Setting effortlessly mixes ingredients for every baking recipe from thick

11/3/23, 12:28 PM Amazon.com: Hamilton Beach 6 Speed Electric Stand Mixer with Stainless Steel 3.5 Quart Bowl, Planetary Mixing, Tilt-Up Head, …

batters for cake and cupcakes to dense bread doughs and more.

Hamilton Beach products are thoughtfully designed to make your life easier. We use consumer insights and in-depth research to deliver the best solution to your everyday needs.

Whether it's preparing delicious meals and beverages effortlessly, or making your clothes look their best, you can count on the brand that has spent over 100 years creating products with you in mind.

### Hamilton Beach 6 Speed Electric Stand Mixer with Stainless Steel 3.5 Quart Bowl, Planetary Mixing Action and Tilt-Up Head

*Go from slowly folding in ingredients to whipping cream and meringue at top speed.*

The mixing guide on the side of the electric mixer helps you choose the right speed for the job. The fold setting is great for kneading bread and reducing splatter when adding dry ingredients to wet ingredients. High speed perfectly whips cream or meringue. The stand mixer's planetary mixing action rotates the beaters around the sides of the included 3.5 quart stainless steel bowl so you don't have to scrape the sides. It has the same rotating mixing action as other leading stand mixer brands.

- Includes durable 3.5 quart stainless steel bowl that's great for mixing large quantities
- Features tilt-back head design for easy access to the bowl to add ingredients and quickly change attachments
- Provides mixing versatility — dough hook, whisk and flat beater included
- Reduce messy splatters with fold setting
- Mixing guide helps you choose the right speed — includes 6 speeds

#### Bake with Ease

Effortlessly mix thick batters and doughs for bread, cookies and more. With a 300 watt motor, this stand mixer will easily handle the ingredients for all your homemade baked goods from cupcakes and cookies to hearty bread.

#### Provides Mixing Versatility — Includes 3 Attachments

With 3 stand mixer attachments, this versatile stand mixer can handle any mixing job. It includes a dough hook for making bread, a whisk for whipping cream or meringue, and a flat beater for cookie dough, mashed potatoes and more.

#### Durable Stainless Steel Bowl Holds 3.5 Quarts

The included mixing bowl is made of durable stainless steel and holds 3.5 quarts to handle large quantities.

#### Complete Bowl Coverage

The planetary mixing action rotates the beaters around the included 3.5 quart stainless steel bowl for even and complete hands-free mixing. The stand mixer has the same rotating mixing action as other leading stand mixer brands.

#### Reduce Messy Splatters with Fold Setting

The slow fold setting is great for kneading bread and reducing splatter when adding dry ingredients to wet ingredients.

#### Easily Access the Bowl with Tilt-back Head

This mixer performs better than two-beater stand mixers and features the popular tilt-back head design for easy access to the bowl to add ingredients. The tilting action also makes it easy to quickly change attachments.

## Compare with similar items

| | **This item** Hamilton Beach 6 Speed Electric Stand Mixer with Stainless Steel 3.5 Quart Bowl, Planetary Mixing, Tilt-Up Head, Black | Hamilton Beach Electric Stand Mixer, 4 Quarts, Dough Hook, Flat Beater Attachments, Splash Guard 7 Speeds with Whisk, Silver | Moss & Stone Stand Mixer With LCD Display, 6 Speed Electric Mixer With 5.5 Quart Stainless Steel Mixing Bowl, Kitchen Mixer With Dough Hook, Egg Whisk, Beater & Baking Spatula, Food Mixer With Timer | Stand Mixer, CUSIMAX Dough Mixer Tilt-Head Electric Mixer with 5-Quart Stainless Steel Bowl, Dough Hook, Mixing Beater and Whisk, Splash Guard |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | (3394) | (9075) | (108) | (6761) |
| **Price** | $99.99 | $95.99 | $94.99 | $125.99 |

https://www.amazon.com/Hamilton-Beach-Stainless-Planetary-63326/dp/B00BOU9T5M?ref_=ast_sto_dp&th=1

Page 9

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

‹ Back to results

Roll over image to zoom in

      

6 VIDEOS

# Hamilton Beach Electric Stand Mixer, 4 Quarts, Dough Hook, Flat Beater Attachments, Splash Guard 7 Speeds with Whisk, Silver

Visit the Hamilton Beach Store

4.5 ★★★★☆ 9,075 ratings

100+ bought in past month

Lowest price in 30 days

-20% $95.99

List Price: ~~$119.99~~

FREE Returns

Get $60 off instantly: Pay $35.99 upon approval for Amazon Visa.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color: **Silver**

Style: **Mixer**

| | |
|---|---|
| **Brand** | Hamilton Beach |
| **Color** | Silver |
| **Product Dimensions** | 10.94"D x 14.41"W x 14.53"H |
| **Blade Material** | Stainless Steel |
| **Special Feature** | Manual |

See more

**Material** Stainless Steel

**Number of Speeds** 7

**Wattage** 300 watts

**Item Weight** 9.4 Pounds

## About this item

- Same mixing action as KitchenAid stand mixers*. this mixer performs better than 2-beater stand mixers, and features the popular tilt-up head design for adding ingredients and changing attachments quickly.

New & Used (9) from $59.64 & FREE Shipping.

Have one to sell?

Sell on Amazon

- Baking with ease: effortlessly mix Thick batters and doughs like breads, cookies and more with a powerful, 300 watt motor.
- Complete bowl coverage- No scraping necessary: mix hands-free with excellent results every time. Planetary mixing rotates the beaters around the 4 quart, stainless steel bowl, for even and complete mixing.
- Mixing versatility: includes splash guard, dough hook, whisk and flat beater.
- 7 speeds and mixing guide: go from a slow stir to a fast mix, with exact control at each one. A helpful guide at the mixer's top lets you know which speed to use for various mixing methods.
- * KitchenAid is the registered trademark of Whirlpool properties use of the KitchenAid trademark does not imply any affiliation with or endorsement by KitchenAid or Whirlpool properties

**Customer ratings by feature**

| | |
|---|---|
| Versatility | 4.6 |
| Easy to clean | 4.4 |
| Easy to use | 4.4 |
| Giftable | 4.4 |

See all reviews

**Similar item with fast delivery**

Kitchen in the box Stand Mixer,3.2Qt Small Electric Food Mixer,6 Speeds Portable Lightweight Kitchen Mixer for Daily Use with Egg Whisk,Dough Hook,Flat Beater (Blue)
(2818)
$79.99 prime

## Frequently bought together

Total price: $103.98

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** Hamilton Beach Electric Stand Mixer, 4 Quarts, Dough Hook, Flat Beater…
$95.99

Pro Dough Pastry Scraper/Cutter/Chopper Stainless Steel Mirror Polished with…
$7.99

## Discover similar items

prime | & Up | Price: $50 - $100 | Mixer Power: 300 to 399 W | Brand: Hamilton Beach | More Filters





## From the manufacturer

**You never have to scrape the bowl or hand-mix at the end -**

The planetary mixing action rotates the beaters around the entire bowl, for even and complete mixing.

Hamilton Beach products are thoughtfully designed to make your life easier. We use consumer insights and in-depth research to deliver the best solution to your everyday needs.

Whether it's preparing delicious meals and beverages effortlessly, or making your clothes look their best, you can count on the brand that has spent over 100 years creating products with you in mind.

### Hamilton Beach 4QT, 7-Speed Electric Stand Mixer with Tilt-Head; Whisk, Dough Hook, Flat Beater Attachments; Splash Guard

*Hands-free mixing with complete bowl coverage*

Built for a variety of batters and mixes, this Hamilton Beach Stand Mixer can do everything from whip delicate meringues to mix sticky bread dough. The powerful 300 watt motor can handle the thickest of ingredients, including those peanut butter chocolate chip cookies your family devours. 7-speeds lets you go from a slow stir to a fast mix, with exact control at each one. Plus, a helpful guide at the mixer's top lets you know which speed to use for various mixing methods.

- 7 speeds and powerful 300 watt motor
- Mixing action gives complete bowl coverage, same mixing action as KitchenAid stand mixers*
- Offers better mixing than 2-beater stand mixers
- 3 attachments for mixing versatility – dough hook, whisk and flat beater
- 4 quart stainless steel bowl with handles and splatter shield
- Tilt-up head
- Mixing guide

### Mixing Guide

No need to be an expert at mixing techniques – a helpful guide at the top of the mixer lets you know which speed to use for methods like folding, beating and more.

# Hamilton Beach Electric Stand Mixer 4 Quart, 7 Speed with Whisk, Dough Hook, Flat Beater Attachments, Splash Guard, Red (63395)

Visit the Hamilton Beach store

4.7 ★★★★☆ 3,499 ratings

Payments and Security

Return policy

No featured offers available

More information

Will be delivered to Mexico City, 11000: update location

See purchase options

Add to Wish List

You have one to sell?

Sell on Amazon

Color: **Red**

| | |
|---|---|
| **Brand** | Hamilton Beach |
| **Color** | Red |
| **Product dimensions** | 26.7D x 41.3W x 41.3H centimeters |
| **Material** | Alloy steel |
| **Number of speeds** | 7 |

### About this item

- Same mixing action as KitchenAid stand mixers. This mixer works better than 2-beater stand mixers, and features the popular tilt-head design for quickly adding ingredients and changing accessories.
- Bake with ease: Effortlessly mix thick doughs like breads, cookies and more with a powerful 300W motor.
- Full Bowl Coverage - No Scraping Necessary - Hands-free mixing with great results every time. Planetary mixing rotates beaters around the 4-quart, stainless steel bowl, for even, thorough mixing.
- Mixing Versatility: Includes splatter guard, dough hook, beater and flat beater.
- 7 Speeds and Mix Guide: Go from a slow stir to a fast mix, with exact control on each. A helpful guide on the top of the mixer lets you know what speed to use for various mixing methods.;* KitchenAid is a registered trademark of Whirlpool Properties and use of the KitchenAid trademark does not imply any affiliation with or endorsement by KitchenAid or Whirlpool Properties.

### Customer Ratings by Feature

| | |
|---|---|
| Easy to use | ★★★★☆ 4.8 |
| Value for money | ★★★★☆ 4.6 |
| Suction power | ★★★★☆ 4.4 |
| Craft | ★★★★☆ 4.3 |

See all reviews

Comparar con artículos similares

## More product information

**You never have to scrape the bowl or mix by hand at the end**

The planetary mixing action rotates the beaters around the entire bowl, for even, thorough mixing.

Hamilton Beach products are carefully designed to make your life easier. We use consumer insights and in-depth research to offer the best solution to your daily needs.

Whether it's effortlessly preparing delicious foods and drinks or making your clothes look their best, you can count on the brand that has spent over 100 years creating products with you in mind.

**Hamilton Beach 4-Quart 7-Speed Electric Stand Mixer with Tilt-Head, Whisk, Dough Hook, Flat Beater Attachments; splash guard**

*Hands-free mixing with full bowl coverage*



Built for a variety of doughs and mixtures, this Hamilton Beach stand mixer can do everything from whipping delicate meringues to mixing sticky bread dough. The powerful 300-watt motor can handle the thickest ingredients, including the peanut butter chocolate chip cookies your family devours. 7 speeds let you go from slow stirring to fast mixing, with exact control on each. Plus, a helpful guide on the top of the mixer lets you know what speed to use for various mixing methods.

- 7 speeds and powerful 300 watt motor
- Mixing action provides complete bowl coverage, same mixing action as KitchenAid stand mixers
- Delivers better mixing than 2-beater stand mixers
- 3 attachments for mixing versatility: dough hook, beater and flat beater
- 4-Quart Stainless Steel Bowl with Handles and Splash Shield
- Tilting head
- Mixing Guide

**Mixing Guide**

You don't need to be an expert in mixing techniques: a helpful guide on the top of the mixer lets you know what speed to use for methods like folding, whisking, and more.

**Characteristics:**

7 speeds

An easy-to-use dial gives you full control over mixing, and with 7 speeds, you'll have a wider range of speeds to choose from, so you can mix to the perfect consistency.

Handle for easy lifting and movement

El mango superior te da un mejor agarre al levantar la cabeza del mezclador para añadir ingredientes o cambiar accesorios. Cuando quieras guardar el mezclador de pie, utiliza el mismo mango para moverlo fácilmente.

Mejor mezcla que batidoras con soporte de 2 batidoras

La mezcla de manos libres significa que no deberías raspar manualmente el cuenco, por lo que el mezclador Hamilton Beach Stand Mixer fue diseñado con un cabezal de mezcla que orbita alrededor del tazón mientras el batidor gira en la dirección opuesta. Esto maximiza el contacto entre el cuenco y el accesorio, asegurando una cobertura completa del cuenco y una mejor mezcla que los mezcladores de pie con dos batidoras.

Incluye gancho para masa, batidor y batidor plano

Utiliza el accesorio plano para mezclar pasteles, masa de galletas o caramelo. ¿Masa de amasar para pan, pizza o rollos de canela? Usa el gancho de masa. El batidor está diseñado para batir líquidos, como claras de huevo y crema. Los tres accesorios y el protector contra salpicaduras son fáciles de asegurar y quitar, y se pueden limpiar en el lavavajillas.

**Información de producto**

Especificaciones técnicas

| | |
|---|---|
| Marca | Hamilton Beach |
| Número de modelo | 63395 |
| Color | Rojo |
| Dimensiones del producto | 26,67 x 41,28 x 41,28 cm; 5,64 kg |
| Capacidad | 4 Cuartos |
| Potencia | 300 watts |
| Material | Acero aleado |
| Número de velocidades | 7 |
| Características especiales | Apto para lavavajillas |
| Peso del producto | 5,64 Kilograms |

Información adicional

| | |
|---|---|
| ASIN | B07FRY18VM |
| Opinión media de los clientes | 4.7 3,499 calificaciones<br>4.7 de 5 estrellas |
| Clasificación en los más vendidos de Amazon | nº55,599 en Hogar y Cocina (Ver el Top 100 en Hogar y Cocina)<br>nº46 en Batidoras de Pie |
| Producto en Amazon.com.mx desde | 2 abril 2019 |
| Fabricante | Hamilton Beach |

## Comparar con artículos similares

| **Este artículo** Hamilton Beach Batidora eléctrica de pedestal 4 cuartos, 7 velocidades con batidor, gancho de masa, accesorios de batidor planos, protección contra salpicaduras, rojo (63395) | Hamilton Beach Batidora de Pedestal de 7 velocidades | Philips HR7922/93 Batidora Planetaria 800 Watts tazon de acero 5 Litros, 12 Velocidades 2 años de Garantia | Kitchen in the box - Batidora de pie, mezcladora eléctrica pequeña de 3 L, batidora portátil ligera de 6 velocidades para uso diario con batidor de huevo, gancho de masa, batidor plano (amarillo) |
|---|---|---|---|

 

## Batidora de Pedestal 6 Velocidades Negra 63327

Modelo: 63327

**GUÍAS DE USO Y CUIDADO**

### CARACTERÍSTICAS

—

- Acción de batido abarca adentro de todo el tazón
- Potente motor de 300 watts
- Mejor batido que batidoras de pedestal con 2 batidores
- 3 accesorios que ofrecen versatilidad de batido
- 6 velocidades y función especial para envolver
- Tazón de acero inoxidable de 3.3 litros
- El batidor plano, gancho para masa y batidor de alambre se pueden lavar en lavavajillas
- La cabeza de la batidora gira a medida que rota adentro del tazón
- Cabeza inclinable se levanta para fácil acceso al tazón
- Pies antideslizantes

### DETALLES +

### INSTRUCTIVO +