UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| WHIRLPOOL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HAMILTON BEACH BRANDS, INC.,<br><br>Defendant. | Case No. 3:23cv00802 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Whirlpool Corp. files this disclosure statement and states as follows:

1. Whirlpool Corp. hereby states that it has no parent corporation, nor does any publicly held company own 10% or more of its stock.

Dated: November 22, 2023

Respectfully submitted,

By: /s/ Stephen Noona
Stephen Noona, Esq. (VSB No. 25367)
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA  23510
(757) 624-3239
senoona@kaufcan.com

Pro hac vice to be filed
Christopher A. Cole
Katten, Muchin, Rosenman LLP
1919 Pennsylvania Ave., N.W.
Washington, DC 20006
(202) 635-3550
chris.cole@katten.com

Kristin J. Achterhof
Katten, Muchin, Rosenman LLP

525 W Monroe St.
Chicago, IL 60661
(312) 902-5296
kristin.achterhof@katten.com

Matthew Hartzler
Katten, Muchin, Rosenman LLP
525 W Monroe St.
Chicago, IL 60661
(312) 902-5489
matthew.hartzler@katten.com

Catherine E. O'Brien
Katten, Muchin, Rosenman LLP
525 W Monroe St.
Chicago, IL 60661
(312) 302-5368
catherine.obrien@katten.com

*Attorneys for Plaintiff*
*Whirlpool Corporation*

22026973.v1