# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Whirlpool Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-802 |
| Hamilton Beach Brands, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hamilton Beach Brands, Inc.  .

Date:  12/07/2023

/s/ Brian C. Riopelle
*Attorney's signature*

Brian C. Riopelle (VSB 36454)
*Printed name and bar number*
McGuireWoods, LLP
GateWay Plaza
800 East Canal Street
Richmond, VA 23219
*Address*

briopelle@mcguirewoods.com
*E-mail address*

(804) 775-1084
*Telephone number*

(804) 698-2150
*FAX number*