IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**WHIRLPOOL CORPORATION,**

    **Plaintiff,**

v.                                                    Civil Action No. 3:23cv802

**HAMILTON BEACH BRANDS, INC.,**

    **Defendant.**

## ORDER

This matter comes before the Court *sua sponte*. Rule 7(E) of the Local Civil Rules for the United States District Court for the Eastern District of Virginia shall not apply to this action. Any party desiring a hearing on a dispositive motion shall file a motion requesting a hearing when the motion is filed. The Court will determine whether a hearing is necessary.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: December 22, 2023
Richmond, Virginia

M. Hannah Lauck
United States District Judge